UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRIGNIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RYLAND B. RICE ) | Case No. 20-60788 |
| ) | |
| Debtors. ) | |
| ) | |
| JOHN P. FITZGERALD, III ) | |
| Acting United States Trustee ) | |
| for Region Four ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| REGINALD R. YANCEY, ) | |
| ) | |
| Respondent. ) | |

### CERTIFICATION OF COMPLIANCE WITH ORDER

I, Andrew S. Goldstein, do hereby certify pursuant to paragraph 2 of the Consent Order Resolving Motion to Review Fees ("Order"), that Ryland B. Rice has received and negotiated the check on December 6, 2022 that was mailed to him in compliance with paragraph 1 of the Order.

Date: December 15, 2022                                    RESPECTFULLY SUBMITTED,

                                                           REGINALD R. YANCEY

                                                           By: /s/ Andrew S. Goldstein
                                                                   Of Counsel

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, PC
PO Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
agoldstein@mglspc.com
Counsel for Respondent